**APPROVED.**

*[signature: Thomas A. Wiseman Jr.]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RODNEY E. PORTER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-0377 |
| | ) | JURY DEMAND |
| CITY OF COOPERTOWN, | ) | JUDGE WISEMAN/MAGISTRATE |
| | ) | JUDGE KNOWLES |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), F.R.C.P, the parties hereby stipulate to the dismissal of the above-captioned action, with prejudice.

APPROVED BY:

s/ Phillip L. Davidson
Phillip L. Davidson, #6466
2400 Crestmoor Road, Suite 107
Nashville, TN 37215
*Attorney for Plaintiff*

s/ Timothy P. Harlan
Robert M. Burns, #15383
Timothy P. Harlan, #024469
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
*Attorneys for Defendant*